**Order entered January 9, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01337-CV

**PAULA MOORE & ALL OCCUPANTS, Appellants**

**V.**

**J.P. MORGAN CHASE BANK, Appellee**

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-13-05404-E**

## ORDER

We **GRANT** appellant Tina Miles's January 6, 2014 motion for extension of time and **ORDER** her to provide, within twenty (20) days of the date of this order, written verification that she (1) has paid or made arrangements to pay the reporter's fee or (2) has been found entitled to proceed without prepayment of costs.

/s/     ELIZABETH LANG-MIERS
        JUSTICE